DELLA GILROY, RESPONDENT, v. SCHOOL DISTRICT No. 5, APPELLANT.

LORD, J.—As the facts in this case are identical with those in *Amanda Goodyear* v. *School District No. 5*, the same judgment will be entered therein.